

FEB 2 7 2012

Phil Lombardi, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12-mj-68-FHM |
| | ) | |
| Plaintiff, | ) | COMPLAINT |
| | ) | [18 U.S.C. §§ 2118(a) and |
| v. | ) | 2118(c)(1): Robbery Involving |
| | ) | Controlled Substances] |
| VERNON JAMES HILL, | ) | |
| a/k/a "V", | ) | |
| CHRISTOPHER DARNELL LEWIS, | ) | |
| a/k/a "Lil Chris", | ) | |
| DEANDRE ANTONIO HOPKINS, | ) | |
| a/k/a "Wet", | ) | |
| a/k/a "C-Wet", | ) | |
| a/k/a "Sman", | ) | |
| MARQUIS DERON DEVERS, | ) | |
| DUNCAN ERIC HERRON, II, | ) | |
| a/k/a "D Loc", | ) | |
| a/k/a "Duke", | ) | |
| a/k/a "Dunk", | ) | |
| DONTAYNE DEJAY TIGER, | ) | |
| a/k/a "Tayne", | ) | |
| | ) | |
| Defendants. | ) | |

BEFORE:   Frank H. McCarthy, United States Magistrate Judge
          Page Belcher Federal Building, Tulsa, Oklahoma

The undersigned complaint, being duly sworn, states:

On or about August 13, 2011, in the Northern District of Oklahoma, the defendants, **VERNON JAMES HILL**, a/k/a "V", **CHRISTOPHER DARNELL LEWIS**, a/k/a "Lil Chris", **DEANDRE ANTONIO HOPKINS**, a/k/a "Wet", a/k/a "C-Wet", a/k/a "Sman", **MARQUIS DERON DEVERS, DUNCAN ERIC HERRON, II**, a/k/a "D Loc", a/k/a "Duke", a/k/a "Dunk", **DONTAYNE DEJAY TIGER**, a/k/a "Tayne", with the intent to steal

any material and compound containing a controlled substance, did enter and rob the Metro Pharmacy, a business premises and property of a person registered with the Drug Enforcement Administration, that is to say, by force, violence and intimidation, the defendants did take from the person and presence of another controlled substances, the replacement costs of the controlled substances to the registrant being $500 or more, belonging to and in the care, custody, control, and possession of the registrant. In committing such offense did assault and put in jeopardy the life of another person by use of a dangerous weapon, that is, a firearm.

All in violation of Title 18, United States Code, Section 2118(a) and Title 18, United States Code, Section 2118(c)(1).

See the attached Affidavit of Special Agent Charles Jones.

Charles Jones, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 27th day of Feb. , 2012.

Frank H. McCarthy
United States Magistrate Judge

Joel-lyn McCormick
Assistant United States Attorney
110 West 7th, Suite 300
Tulsa, Oklahoma
(918) 382-2700

## AFFIDAVIT

I, Charles L. Jones, having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI). I have been a Special Agent since November 3, 2002. I am currently assigned to the Oklahoma City Field Office, Tulsa Resident Agency. As a Special Agent my duties include, but are not limited to, conducting federal criminal investigations concerning violent crime, specifically bank robberies and robberies that effect interstate commerce.

2. I make this affidavit in support of an application for a Complaint and Federal Warrant to Arrest **CHRISTOPHER DARNELL LEWIS**, a/k/a "Lil Chris", black male, born XX/XX/1989, Social Security Account Number XXX-XX-7215; **VERNON JAMES HILL**, a/k/a "V", black male, born XX/XX/1985, Social Security Account Number XXX-XX-0965; **MARQUIS DERON DEVERS**, black male, born XX/XX/1988, Social Security Account Number XXX-XX-4126; **DUNCAN ERIC HERRON, II**, a/k/a "D Loc", a/k/a "Duke", a/k/a "Dunk", black male, born XX/XX/1987, Social Security Account Number XXX-XX-4465; **DEANDRE ANTONIO HOPKINS**, a/k/a "Wet", a/k/a "C-Wet", a/k/a "Sman", black male, born XX/XX/1990, Social Security Account Number XXX-XX-1280; and **DONTAYNE DEJAY TIGER**, a/k/a "Tayne", black male, born XX/XX/1990, Social Security Account Number XXX-XX-2216.

3. The statements contained in this affidavit are based upon my personal investigation, upon information provided by other sworn law enforcement officers, and on my experience and training as a Special Agent of the FBI. Because this affidavit is being submitted for the limited purpose of securing a Complaint and Arrest Warrants, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts I believe are necessary for the issuance of a Complaint and Arrest Warrants.

## DETAILS OF THE INVESTIGATION

4. At approximately 10:45 a.m. on August 13, 2011, three unidentified black males (UNSUBs) wearing hooded sweatshirts and/or masks, gloves and brandishing firearms, entered and robbed the Metro Pharmacy located at 575 East 36th Street North, Tulsa, Oklahoma which is located in the Northern District of Okahoma. Metro Pharmacy was registered with the Drug Enforcement Administration under certificate FM 1701401.

5. Metro Pharmacy Owner/Manager Samuel Osei advised that at approximately 10:42 a.m. an unidentified black male (UNSUB#1) wearing a white t-shirt and blue jeans came into the store. Surveillance video showed UNSUB#1 arrived in a dark colored late-90s model Chevrolet Impala. Osei described UNSUB#1 as a young black male, approximately 5'5" tall. Osei advised UNSUB#1 had long dreadlocks in his hair. Surveillance video showed UNSUB#1 to be a black male in his twenties, approximately 5'7" and 150-160 pounds, dreadlocks in his hair and wearing a white t-shirt, dark colored pants and white tennis shoes. UNSUB#1 looked around the store for a couple of minutes and finally asked

the clerk for Immodium AD. The clerk directed UNSUB#1 to Immodium AD. UNSUB#1 purchased the Immodium AD and departed the store. As UNSUB#1 exited the front door, he opened the door widely and appeared to hold it open. This door was equipped with a robbery prevention system which included a magnetic control so that customers could only enter the store after employees allowed access by pushing a button. Since UNSUB#1 held the door, employees were unable to prevent persons from entering Metro Pharmacy. Surveillance showed that UNSUB#1 departed in his late-90s model, dark colored Chevrolet Impala.

6.   As the door closed, three additional unidentified black males (UNSUB#2, UNSUB#3 and UNSUB#4) rushed into the store. All three were wearing hoodies and/or masks of some kind and were armed with handguns. Surveillance video showed UNSUB#2 as a black male in his twenties, small build, wearing a dark colored top, white undershirt, dark colored pants and black and white shoes. UNSUB#2's face was covered. UNSUB#2 carried a silver revolver in his left hand. Surveillance video showed UNSUB #3 as a black male in his twenties, approximately 5'7-5'9", wearing a dark colored hooded sweatshirt, dark colored pants and dark colored shoes. Surveillance video showed UNSUB#4 as a black male in his twenties, approximately 5'10-6'0", wearing a red baseball cap, white long sleeved shirt, gloves, dark colored pants, black and white shoes, and appears to be carrying a bag.

7. According to Osei, the UNSUBs were yelling at the employees and demanding cash and Loritabs. One of the UNSUBs approached Osei and placed a gun in his back while demanding to be taken where the Loritabs and Codeine were stored. For fear of his life, Osei complied with the UNSUBs demands while the two other UNSUBs turned their attention to the cash register and rest of the store looking for additional witnesses. One UNSUB located employee Telitha Johnson, who had fled to the manager's office and locked the door. The UNSUB kicked the door open and dragged Johnson out of the office and forced to lie on the floor near the front pharmacy desk. Employee Ahmad Abd-Raffur was able to successfully hide in another room and was not located during the event.

8. After a few minutes of looking for pills, one of the UNSUBs pulled Osei off of the floor and forced Osei to take him to the store safe. In fear for his life, Osei again complied with the UNSUBs demands and directed UNSUB to the office containing the safe. Osei opened the safe as directed. The UNSUB rifled through the safe but did not take anything. Osei was then taken back to the front of the store and placed with the other witnesses.

9. UNSUB#2, UNSUB#3, and UNSUB#4 then departed the store. As customer Patricia Brown approached Metro Pharmacy she observed the UNSUBs get into a green minivan, bearing Oklahoma License Plate 914-GEJ. Johnson advised the minivan went westbound on East 36th Street North. An audit conducted at Metro showed a monetary loss of just over $200.00 cash. In addition, the UNSUBs stole 1,000 tablets of Hydrocodeine (7.5 milligrams per tablet), 2,400 milliliters of Promethazine with Codeine and 228 tablets of

Alprazolem (2 milligrams per tablet). The retail value of these items was in excess of $500.00.

10. At approximately 12:45 p.m. Officer Tillinghast of the Tulsa Police Department (TPD) located a green 1997 Plymouth Voyger minivan bearing Oklahoma License Plate 914-GEJ at 3018 North Frankfort Place. It was believed the vehicle had been stolen. The vehicle was determined to be registered to Cornerstone Family Church, 3434 South Garnett Road, Tulsa, Oklahoma. On August 13, 2011, TPD Officer Jeff Olomon went to Cornerstone Family Church and spoke with one of the church members who directed him to the Pastor's house. Officer Olomon then spoke with Pastor Dennis Whitworth. Whitworth advised he sold the van on June 6, 2011, to a Hispanic female for $1,000.00.

11. On August 25, 2011, Detective Maxwell Ryden, TPD, contacted witnesses of the Metro Pharmacy robbery. Osei informed Detective Ryden that he had been receiving "tips" from a customer in regards to the robbery. Osei was informed that UNSUB#1, who entered the store prior to the robbery, had a Facebook identity of "Dunk Duke D-Loc."

12. On August 29, 2011, the TPD Detectives identified "Dunk Duke D-Loc" as **DUNCAN ERIC HERRON, II. HERRON. HERRON** matched the description of UNSUB#1. **HERRON** was identified as a twenty-four year old black male, 5'7" tall, 160 pounds, with long dreadlocks in his hair. Law enforcement records also showed **HERRON**

had a cellular telephone number of (918) 955-3002. Law enforcement information also revealed HERRON drove a maroon 1996 Chevrolet Impala.

13.   On October 27, 2011, your affiant met with a corroborated and reliable FBI Confidential Human Source (CHS). The CHS advised he/she had information regarding the Metro Pharmacy robbery. CHS advised that DUNCAN HERRON, MARQUIS DEVERS, VERNON HILL, "LIL CHRIS" (identified by the CHS as CHRISTOPHER LEWIS, "TAYNE" (identified by the CHS as DONTAYNE TIGER), and DEANDRE HOPKINS robbed Metro Pharmacy in August, 2011. CHS had information regarding this robbery that was unavailable to the public. CHS advised TIGER and HOPKINS acted as "lookouts" and waited across the street during the robbery while the others went inside. CHS knew that DEVERS contacted his cousin, HERRON, the day of the robbery. DEVERS, LEWIS, HILL and HERRON then met in a park prior to the robbery to discuss how the robbery would take place. After meeting in the park, HERRON drove his own vehicle, a 90s model Chevrolet Impala, to Metro Pharmacy. HERRON's role in the robbery was to go inside and to text message DEVERS when he (HERRON) was about to leave. Upon his exit from Metro Pharmacy, HERRON was to hold the door open for the others. According to the CHS, HERRON acted as though he was having stomach problems and purchased Immodium AD. After the purchase, HERRON sent a text message to DEVERS and exited the pharmacy. While exiting, HERRON held the doors for DEVERS, LEWIS and HILL to enter and rob

the pharmacy. LEWIS entered the pharmacy first, DEVERS second and HILL third. CHS was able to positively identify all four individuals from surveillance footage and photographs. CHS knew LEWIS, DEVERS and HILL arrived at Metro Pharmacy in a stolen green minivan. After the robbery, all six individuals met at a park and split the proceeds from the robbery. CHS knew the drugs stolen had a high street value. CHS believed HERRON was given approximately $200.00 cash. The CHS positively identified UNSUB#1 as HERRON, UNSUB#2 as LEWIS, UNSUB#3 as DEVERS and UNSUB#4 as HILL.

14. During the course of this investigation, your affiant has determined and verified that on August 13, 2011, the following cellular telephone numbers were used by the following individuals at the time of the Metro Pharmacy robbery:

HERRON - (918) 955-3002

DEVERS - (918) 271-4219

LEWIS - (918) 313-7435

HILL - (918) 282-9204

HOPKINS - (918) 734-5625.

In addition, based upon ongoing investigations involving these individuals and their known cellular telephone numbers, Court Orders have been issued and results have been received for the listed numbers.

15. A compilation of these numbers and events leading up to the robbery of Metro Pharmacy on August 13, 2011 is as follows:

7:36 a.m. - text message from DEVERS to HERRON

7:36 a.m. - text message from HERRON to DEVERS

7:37 a.m. - text message from DEVERS to HERRON

7:37 a.m. - text message from HERRON to DEVERS

7:39 a.m. - text message from DEVERS to HERRON

7:39 a.m. - text message from HERRON to DEVERS

7:41 a.m. - text message from LEWIS to DEVERS

7:41 a.m. - text message from LEWIS to HOPKINS

8:11 a.m. - text message from DEVERS to LEWIS

8:22 a.m. - text message from DEVERS to HERRON

8:22 a.m. - text message from HERRON to DEVERS

8:39 a.m - text message from DEVERS to LEWIS

8:39 a.m. - DEVERS calls Metro Pharmacy at (918) 425-7770

9:04 a.m. - DEVERS calls Metro Pharmacy at (918) 425-7770

10:03 a.m. - text message from DEVERS to LEWIS

10:42 a.m. - text message from DEVERS to HERRON

10:42 a.m. - text message from HERRON to DEVERS

10:44 a.m. - DEVERS calls HOPKINS

      10:45 a.m. - HERRON arrives at Metro Pharmacy

      10:46 a.m. - text message from HERRON to DEVERS

      10:47 a.m. - green minivan arrives at Metro Pharmacy

      10:47 a.m. - text message from DEVERS to HOPKINS

      10:48 a.m. - HERRON exits Metro Pharmacy

      10:48 a.m. - LEWIS, DEVERS, HILL enter Metro Pharmacy

      10:51 a.m. - LEWIS, DEVERS, HILL exit Metro Pharmacy

      10:52 a.m. - Metro Pharmacy calls Emergency 911

## **CONCLUSION**

16. Based on the above facts, your affiant respectfully submits that there is probable cause to believe that **Christopher Darnell LEWIS, Vernon James HILL, Marquis Deron DEVERS, Duncan Eric HERRON, II, Deandre Antonio HOPKINS,** and **Dontayne Dejay TIGER,** violated Title 18, United States Code, Section 2118, Robberies and Burglaries Involving Controlled Substances and Title 18 and United States Code, Section 924(c) Firearms Offenses.

17. In consideration of the foregoing, I respectfully request that this Court issue a Complaint and Arrest Warrants for **CHRISTOPHER DARNELL LEWIS**, a/k/a "Lil Chris", black male, born XX/XX/1989, Social Security Account Number XXX-XX-7215; **VERNON JAMES HILL**, a/k/a "V", black male, born XX/XX/1985, Social Security Account Number XXX-XX-0965; **MARQUIS DERON DEVERS**, black male, born

XX/XX/1988, Social Security Account Number XXX-XX-4126; **DUNCAN ERIC HERRON, II**, a/k/a "D Loc", a/k/a "Duke", a/k/a "Dunk", black male, born XX/XX/1987, Social Security Account Number XXX-XX-4465; **DEANDRE ANTONIO HOPKINS,** a/k/a "Wet", a/k/a "C-Wet", a/k/a "Sman", black male, born XX/XX/1990, Social Security Account Number XXX-XX-1280; and **DONTAYNE TIGER**, a/k/a "Tayne", black male, born XX/XX/1990, Social Security Account Number XXX-XX-2216.

_____
CHARLES L. JONES, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me this 27th day of February, 2012.

_____
United States Magistrate Judge